CRAIG H. MISSAKIAN
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
LINDSAY BEYER PAYNE, ILSBN 6289062
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (312)596-1872
Facsimile: (415) 744-0134
Lindsay.Payne@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL SMITH-STEWART,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | CIVIL NO. 4:26-cv-03112-ASK<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Appeals Council will instruct the Administrative Law Judge to offer Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, and

issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: July 27, 2026

THE METSKER LAW FIRM

By: */s/ John Metsker*___
John Metsker, Esq.
(as authorized by email)
Attorney for Plaintiff

Dated: July 27, 2026

CRAIG H. MISSAKIAN
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1

By: */s/ Lindsay Beyer Payne*________
LINDSAY BEYER PAYNE
Special Assistant U.S. Attorney
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Lindsay Beyer Payne, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: July 29, 2026

Ajay Krishnan
______________________________
HON. AJAY KRISHNAN
UNITED STATES MAGISTRATE JUDGE