CRAIG H. MISSAKIAN
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
LINDSAY BEYER PAYNE, ILSBN 6289062
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (312)596-1872
Facsimile: (415) 744-0134
Lindsay.Payne@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SMITH-STEWART,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | CIVIL NO. 4:26-cv-03112-ASK<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on July 29, 2026.

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated: July 29, 2026

HON. AJAY KRISHNAN
United States Magistrate Judge